Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Weyerbacher Brewing Co., Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brewers Supply Group<br>P.O. Box 74769<br>Chicago, IL 60694-4769 | | Malt | | | | $62,875.00 |
| Easton Area Joint Sewer Authority<br>P.O. Box 25092<br>Lehigh Valley, PA 18002-5092 | | Sewer | | | | $143,931.00 |
| Elliott Greenleaf PC<br>925 Harvest Drive<br>Suite 300<br>Blue Bell, PA 19422 | | Unpaid Administrative Claim | | | | $38,763.79 |
| Garner Packaging, Inc.<br>330 2nd Avenue South<br>Suite 895<br>Minneapolis, MN 55401 | | Bottles | | | | $41,855.00 |
| Gavin/Solmonese LLC<br>919 N. Market Street<br>Suite 600<br>Wilmington, DE 19801 | | Unpaid Administrative Claim | | | | $59,808.14 |
| HMK Insurance<br>54 S. Commerce Way<br>Suite 150<br>Bethlehem, PA 18017 | | Insurance | | | | $21,283.59 |

Debtor **Weyerbacher Brewing Co., Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | Form 941 (inclusive of pre-petition during 1st filing) | | | | $178,000.00 |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | Form 945 Assessment from 2017. Backup withholding which the company is not subject to. | Disputed | | | $145,940.00 |
| Kwan Soo Lee 8100 River Road Apartment 213 North Bergen, NJ 07047 | | Advance Per Loan Agreement | | | | $24,000.00 |
| Metropolitan Edison Company P.O. Box 3687 Akron, OH 44309-3687 | | Electric | | | | $15,685.00 |
| Mr. Denis Shusterman 325 Madison Street Apartment F401 Lansdale, PA 19446 | | Wages and Advances for Company Expenses | | | | $80,619.80 |
| Northeastern PA Carton Co. 4820 Birney Avenue Moosic, PA 18507 | | Packaging Material - Carriers | | | | $43,602.28 |
| Pennsylvania Department of Revenue Bureau of Enforcement & Taxpayer Assist c/o Josh Day, Revenue Agent 10th Floor Strawberry Square Harrisburg, PA 17128-1210 | | | | | | $52,182.40 |
| Premier Properties, LLC 901 Line Street Easton, PA 18042 | | Lessor of Premise | | | | $120,000.00 |

Debtor **Weyerbacher Brewing Co., Inc.**                                      Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Proximity Malt<br>644 South 5th Street<br>Milwaukee, WI<br>53204 | | Malt | | | | $28,806.51 |
| Roxanne Financial<br>1949 Lakeside Drive<br>Harveys Lake, PA<br>18618 | | Loan Advances for Raw Materials per Agreement | | | | $84,000.00 |
| Simplicity Financial Solutions, LLC<br>820 67th Avenue N.<br>#71226<br>Myrtle Beach, SC<br>29572 | | Loan Advances for Raw Materials per Agreement | | | | $30,000.00 |
| Sonia Wilson, Trustee<br>TWF Family Trust<br>8809 Falcon Ridge Drive<br>Randallstown, MD<br>21133 | | Advances per Agreement | | | | $243,010.00 |
| Super Heat, Inc.<br>P.O. Box 204<br>Portland, PA 18351 | | Installation Costs and Lease for Chiller Equipment | | | | $72,500.00 |
| Suzanne Caverly<br>3525 Swavia Court<br>Macungie, PA 18062 | | Wages and Advances for Company Expenses | | | | $42,684.00 |