### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br><br> **WEYERBACHER BREWING COMPANY, INC.,** <br><br> Debtor. | : <br> : **CHAPTER 11** <br> : <br> : **BANKRUPTCY NO. 22-11665 (PMM)** <br> : <br> : <br> : |

### **EXPEDITED ORDER**

**AND NOW,** this _____ day of _____, 2022, upon consideration of the expedited motion for an order (I) pursuant to 11 U.S.C. § 364(c) and (d), authorizing the Debtor to obtain secured post-petition funding consisting of a the agreement between Capital Source Group, LLC (the "Purchaser") and the Debtor (the "DIP Agreement") to purchase the receivables of the Debtor, (II) setting an Expedited Hearing, Reduced Notice Period and Limited Notice Pursuant to Federal Rule of Bankruptcy Procedure ("Rule") 9006(c)(1) and E.D. Pa. L.B.R. 5070(f), and for (III) related Relief (the "Motion"), and after notice, it is hereby **ORDERED,** as follows:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider this Motion shall be and hereby is scheduled on July _____, 2022, at __:__ _.m., in the United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pa 19601.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Debtor shall serve the Motion and this Order on (i) the Office of the United State Trustee for the Eastern District of Pennsylvania; (ii) Counsel for or a representative of each of the Lenders as well as Counsel for or a representative of the Taxing Authorities; (iii)

the Debtor's Top Twenty Unsecured Creditors; and (iv) any party who has requested notice pursuant to Fed. R. Bankr. P. 2002; via electronic mail or facsimile no later than _____ on _____.

5. Prior to the hearing, the Movant shall file a Certificate setting forth compliance with the service requirements of Paragraph 3 and 4 above as applicable.

BY THE COURT:

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge