IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> **WEYERBACHER BREWING COMPANY, INC.,** <br><br> Debtor. | **Chapter 11** <br><br> **Bankruptcy No. 22-11665 (PMM)** |

### NOTICE OF INTENTION OF THE DEBTOR
### TO COMPENSATE OFFICERS PURSUANT TO L.B.R. 4002-1

TO:  ALL CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE, NOTICE IS HEREBY GIVEN:

1. On June 27, 2022 (the "Filing Date"), Weyerbacher Brewing Company, Inc. (the "Debtor") filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").

2. The Debtor intends to pay compensation to the following officers and insiders on an annual basis in the following amount:

   a. Daniel Weirback (President): $48,000

3. The rate of annual compensation for each officer and/or insider on the ninetieth (90th) day prior to the Filing Date was $0.00.

4. The duties and responsibilities of Mr. Weirback consist of the following:

   a. Responsible for management and oversight of all company operations. Handles all company business development and oversees sales and creation of product.

5. Compensation is paid directly by the Debtor.

6. Any creditor or other party in interest seeking to object to the continued compensation of the above-named individuals should file a written objection specifying the

1

grounds for such objection with the Clerk's Office, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601 and serve a copy of said objection upon Counsel for the Debtor.

CIARDI CIARDI & ASTIN

Dated: June 29, 2022    By:    */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(T)(215) 557-3550
(F) (215) 557-3551
Counsel for the Debtor
aciardi@ciardilaw.com
jcranston@ciardilaw.com

*Attorneys for the Debtor*