# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Weyerbacher Brewing Co., Inc.**
Debtor(s)

Case No. **22-11665(PMM)**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andrew Shreter<br>132 Pheasant Fields Lane<br>Moorestown, NJ 08057 | | 20 | 0.15% Percentage of Ownership |
| Barbara T. Lampe<br>614 Riverwoods Way<br>Bethlehem, PA 18018 | | 82 | 0.70% Percentage of Ownership |
| Brandon Nardella<br>1217 Winter Lane<br>Easton, PA 18040 | | 190 | 1.50% Percentage of Ownership |
| Chris Lampe<br>189 Township Road<br>Macungie, PA 18062 | | 83 | 0.70% Percentage of Interest |
| Daniel Weirback<br>4755 Stony Ridge Road<br>New Tripoli, PA 18066 | | 300 | 2.40% Percentage of Ownership |
| Danielle Brunner<br>22 North 21st Street<br>Easton, PA 18042 | | 25 | 0.15% Percentage of Ownership |
| Joseph Cooper<br>20 West 2nd Street<br>Nazareth, PA 18064 | | 25 | 0.15% Percentage of Ownership |
| Joshua Lampe<br>189 Township Road<br>Macungie, PA 18062 | | 83 | 0.70% Percentage of Interest |
| Karen Mauer<br>214 E. 6th Avenue<br>East Greenville, PA 18041 | | 25 | 0.15% Percentage of Ownership |
| Matthew Snyder<br>535 Main Street<br>Apartment 4<br>Bethlehem, PA 18018 | | 190 | 1.50% Percentage of Ownership |
| Matthew Tannous<br>1521 Ravena Street<br>Bethlehem, PA 18015 | | 190 | 1.50% Percentage of Ownership |

Sheet 1 of 2 in List of Equity Security Holders

In re: **Weyerbacher Brewing Co., Inc.**  
Debtor(s)

Case No. **22-11665(PMM)**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Patrick Brogan<br>3860 Danbury Drive<br>Easton, PA 18045 | | 400 | 3.2% Percentage of Ownership |
| Stacie Slack<br>c/o Joshua Lampe<br>189 Township Road<br>Macungie, PA 18062 | | 25 | 0.15% Percentage of Interest |
| Suzanne Caverly<br>3525 Swavia Court<br>Macungie, PA 18062 | | 1650 | 13.25% Percentage of Ownership |
| TWF Trust<br>3854 Twin Lakes Court<br>Windsor Mill, MD 21244 | | 9000 | 72.20% Percentage of Ownership |
| Zane Miller<br>50 E. County Line Road<br>Easton, PA 18042 | | 190 | 1.50% Percentage of Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____    Signature _____  
**Daniel Weirback**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)