**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**<br><br>**WEYERBACHER BREWING COMPANY, INC.,**<br><br>Debtor. | **Chapter 11**<br><br>**Judge: PMM**<br><br>**Case No. 22-11665** |

## ORDER

**AND NOW,** this _____ day of _____, 2022, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin, Counsel to the Debtor, for the Period of June 27, 2022 through August 30, 2022 (the "Application"), it is hereby

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that the Debtor is authorized to compensate Ciardi Ciardi & Astin in the amount of $54,887.50 for services rendered as counsel for the Debtor and $3,703.93 for reimbursement of expenses for the period of June 27, 2022 through August 30, 2022, for a total due in the amount of $58,591.43 (the "Fees and Expenses") less the retainer in the amount of $38,184.60 leaving a balance due in the amount of $16,702.90.

**BY THE COURT:**

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE