IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE<br><br>WEYERBACHER BREWING COMPANY, INC.,<br><br>Debtor. | Chapter 11<br><br>Judge: PMM<br><br>Case No. 22-11665 |
|---|---|

## NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR

TO:   THE UNITED STATES TRUSTEE, RULE 2002 PARTIES, ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1.   A First Interim Application for Compensation and Reimbursement of Expenses of Counsel to the Debtor has been filed in the amount of $54,887.50 for services rendered as counsel for the Debtor and $3,703.93 for reimbursement of expenses.

2.   Your Applicant has not made any previous applications for compensation.

3.   Any Creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, located at The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601, and serve a copy on counsel whose name and address appear below on or before fourteen (14) days from the date of this Notice.

4.   Any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

5.   In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, counsel shall certify to the Court within fourteen (14) days from the date of this Notice, the absence of such filing and request approval of the fee application.

Dated: September 1, 2022

CIARDI CIARDI & ASTIN

*/s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
***Counsel for the Debtor***