**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**<br><br>**WEYERBACHER BREWING COMPANY, INC.,**<br><br>       **Debtor.** | **Chapter 11**<br><br>**Judge: PMM**<br><br>**Case No. 22-11665** |

COMMONWEALTH OF PENNSYLVANIA  :
                               :  SS
COUNTY OF PHILADELPHIA         :

### A F F I D A V I T

The undersigned hereby swears and affirms pursuant to 28 U.S.C. §1746 that the following information is true and correct to the best of the undersigned's knowledge, information and belief:

The undersigned, is a partner with the firm of Ciardi Ciardi & Astin, the Applicant named in the foregoing ***First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin***, Counsel to the Debtor, for the Period of June 27, 2022 through August 30, 2022 (the "Application");

The facts set forth in the Application are true and correct to the best of the undersigned's information, knowledge and belief; and

The Applicant has no agreement, directly or indirectly, and no understanding exists in any form or guise with any person for a division of the compensation herein requested.

CIARDI CIARDI & ASTIN

Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1ˢᵗ DAY
OF _September_ , 2022

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
STEPHANIE FRIZLEN - Notary Public
Montgomery County
My Commission Expires Apr 10, 2023
Commission Number 1347451