# EXHIBIT A

# Time & Fees By Date

| Date | Activity Code | Description | Staff | Hrs/Qty | Amount |
|------|---------------|-------------|-------|---------|--------|
| 06/29/2022 | PA23 | Reviewing Expedited Orders for DIP Financing and CV and preparing to serve. | JM | 0.30 | $127.50 |
| 06/29/2022 | PA3 | Corresponding with D. Shusterman re: Schedule E/F. | JM | 0.10 | $42.50 |
| 06/29/2022 | PA3 | Revising Notice of Officer Compensation and filing same. | JM | 0.20 | $85.00 |
| 06/29/2022 | PA23 | Corresponding with D. Shusterman re: Schedules, IDI documents, and in-person hearing. | JM | 0.30 | $127.50 |
| 06/29/2022 | PA3 | Call with client group re: First Day Hearings. | JM | 0.50 | $212.50 |
| 06/29/2022 | PA23 | Call with D. Baker re: First Day Hearings. | JM | 0.30 | $127.50 |
| 06/29/2022 | PA9 | Review of DIP Financing Motion. | JM | 0.10 | $42.50 |
| 06/30/2022 | PA5 | Drafting Bar Date Motion, Order, and Notice. | JM | 1.30 | $552.50 |
| 06/30/2022 | PA3 | Call with Denis Shusterman re: Truist. | JM | 0.20 | $85.00 |
| 06/30/2022 | PA23 | call with clients, deposition review, prepare for hearing. | AAC | 0.50 | $287.50 |
| 06/30/2022 | PA3 | Reviewing UCC-1 Search. | JM | 0.30 | $127.50 |
| 06/30/2022 | PA10 | Reviewing State Court transcript/P. Brogan. | JM | 1.80 | $765.00 |
| 06/30/2022 | PA2 | Reviewing possible sale terms from S. Banks. | JM | 0.10 | $42.50 |
| 06/30/2022 | PA23 | Reviewing OUST Critical Vendor Questions and preparing responses to the same with aid of Debtor's materials. | JM | 0.50 | $212.50 |
| 07/01/2022 | PA23 | Reviewing and responding to OUST's questions re: CV Motion; reviewing updated Critical Vendor list from client and filing same as amended Exhibit. | JM | 0.90 | $382.50 |
| 07/01/2022 | PA23 | Preparing for hearing on use of cash collateral, reviewing Truist Exhibit Lists, providing witness list to Truist, and drafting Exhibit/Witness list for circulation to interested parties and Chambers. | JM | 1.10 | $467.50 |
| 07/01/2022 | PA2 | Drafting LOI for Sale of Assets. | JM | 1.00 | $425.00 |
| 07/01/2022 | PA2 | Drafting Sale Motion, Bid Procedures Order, and Sale Order re: LOI. | JM | 5.50 | $2,337.50 |
| 07/01/2022 | PA23 | Call with J. Lang re: critical vendor motion. | JM | 0.10 | $42.50 |

| Date | Code | Description | Person | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/2022 | PA7 | Reviewing proposed Accountant engagement letter and providing comments to client. | JM | 0.10 | $42.50 |
| 07/01/2022 | PA2 | Revising Sale Motion, Order, and Bid Procedures Order to incorporate AC3 comments. | JM | 0.80 | $340.00 |
| 07/01/2022 | PA2 | Review of Exhibits for Motions. | DS | 0.50 | $187.50 |
| 07/01/2022 | PA23 | Call with D. Baker re: 7/6 hearings and exhibit list. | JM | 0.10 | $42.50 |
| 07/01/2022 | PA23 | Preparing for 7/6 Hearings with AC3. | JM | 0.50 | $212.50 |
| 07/05/2022 | PA2 | Corresponding with potential buyer re: contingencies. | JM | 0.30 | $127.50 |
| 07/05/2022 | PA7 | Reviewing and responding to correspondence from proposed accountant re: retention process. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA3 | Corresponding with D. Shusterman re: cash on hand. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA7 | Drafting Accountant Retention Application, Order, and Declaration in Support. | JM | 1.50 | $637.50 |
| 07/05/2022 | PA23 | Preparing for hearings tomorrow; reviewing exhibits. | JM | 4.00 | $1,700.00 |
| 07/05/2022 | PA23 | Call with OUST Callahan re: CV Motion. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA23 | Call with client re: preparation for DIP and CC hearings. | JM | 0.80 | $340.00 |
| 07/05/2022 | PA23 | Call with counsel for Change Capital re: Cash Collateral Hearing. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA23 | Reviewing Truist Objection to use of Cash and DIP; providing the same to client. | JM | 0.30 | $127.50 |
| 07/05/2022 | PA23 | Preparing for hearings on CC and DIP Motions with JCM; reviewing exhibits and preparing direct examination of Matt Tannous. | AAC | 4.00 | $2,300.00 |
| 07/05/2022 | PA23 | Review of objections to cash coll and DIP and go over client testimony | AAC | 1.50 | $862.50 |
| 07/06/2022 | PA7 | Corresponding with D. Lee re: Retention Application. | JM | 0.20 | $85.00 |
| 07/06/2022 | PA23 | Corresponding with OUST Callahan and client re AR; reviewing and circulating AR. | JM | 0.20 | $85.00 |
| 07/06/2022 | PA23 | Draft Proposed Order re: Insurance. | DS | 0.30 | $112.50 |
| 07/06/2022 | PA23 | Draft correspondences to necessary parties and Court re: Insurance Order. | DS | 0.20 | $75.00 |
| 07/06/2022 | PA24 | Traveling to and from Hearings on CC and DIP Motions. | JM | 4.00 | $1,700.00 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/2022 | PA24 | Attending Hearings on DIP Motion and CC Motion; meeting with clients. | JM | 4.50 | $1,912.50 |
| 07/06/2022 | PA24 | Attending hearings on CC and DIP Motions. | AAC | 4.50 | $2,587.50 |
| 07/06/2022 | PA24 | Traveling to/from hearings on CC and DIP Motions in Reading. | AAC | 4.00 | $2,300.00 |
| 07/07/2022 | PA3 | Reviewing and circulating as well as filing Proof of WC and GL Insurance; call with broker re: same. | JM | 0.60 | $255.00 |
| 07/07/2022 | PA9 | Reviewing revised terms from proposed DIP Lender re: terms/waivers or delaying fees. | JM | 0.20 | $85.00 |
| 07/07/2022 | PA24 | Traveling to and from hearings on DIP and CC Motion. | AAC | 0.10 | $57.50 |
| 07/07/2022 | PA24 | Attending telephonic status hearing. | JM | 0.30 | $127.50 |
| 07/07/2022 | PA23 | Revising DIP Interim Order. | JM | 0.40 | $170.00 |
| 07/07/2022 | PA23 | Revising CC Order. | JM | 0.30 | $127.50 |
| 07/07/2022 | PA23 | Reviewing Easton Area Sewer Authority Objection to Cash Collateral and DIP Motions. | JM | 0.20 | $85.00 |
| 07/07/2022 | PA2 | Revising LOI, Sale Motion, Sale Order, and Bid Procedures Order all re: Recap PA Holdings LLC. | JM | 0.80 | $340.00 |
| 07/07/2022 | PA2 | Revising Sale Motion to incorporate AC3 comments. | JM | 0.50 | $212.50 |
| 07/07/2022 | PA3 | Reviewing revised cash collateral budget. | JM | 0.10 | $42.50 |
| 07/07/2022 | PA23 | Review and revise budget for use of cash/DIP. | AAC | 0.50 | $287.50 |
| 07/07/2022 | PA24 | Prepare for and attend hearing on insurance. | AAC | 1.00 | $575.00 |
| 07/07/2022 | PA2 | Review and revise Sale Motion. | AAC | 1.50 | $862.50 |
| 07/08/2022 | PA9 | Corresponding with counsel for DIP Lender re: Revised DIP Order and Budget. | JM | 0.40 | $170.00 |
| 07/08/2022 | PA23 | Corresponding with counsel for Landlord re: Liquor License Insurance. | JM | 0.10 | $42.50 |
| 07/08/2022 | PA23 | Corresponding with OUST Callahan re: CC Budget. | JM | 0.20 | $85.00 |
| 07/08/2022 | PA23 | Corresponding with client re: Taproom and Budget/Insurance. | JM | 0.20 | $85.00 |
| 07/08/2022 | PA3 | Reviewing documents provided by D. Weirback for IDI. | JM | 1.20 | $510.00 |
| 07/08/2022 | PA9 | Providing DIP Order to client and counsel for DIP lender. | JM | 0.10 | $42.50 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/2022 | PA7 | Corresponding with proposed Accountant re: Retention Application; finalizing and preparing Application for filing. | JM | 0.40 | $170.00 |
| 07/11/2022 | PA23 | Reviewing correspondence from client and D. Baker re: status of insurance. | JM | 0.10 | $42.50 |
| 07/11/2022 | PA3 | Providing IDI documents to J. Stives and OUST Adams. | JM | 0.10 | $42.50 |
| 07/11/2022 | PA3 | Call with D. Werback re: insurance. | AAC | 0.50 | $287.50 |
| 07/12/2022 | PA3 | Call with D. Shusterman re: DIP Account. | JM | 0.10 | $42.50 |
| 07/13/2022 | PA3 | Corresponding with Debtor re: Notice of Officer Compensation. | JM | 0.20 | $85.00 |
| 07/13/2022 | PA7 | Filing and serving Application to Retain Accountant. | JM | 0.50 | $212.50 |
| 07/13/2022 | PA3 | IDI Prep Call with D. Shusterman and Matt Tannous. | JM | 0.30 | $127.50 |
| 07/13/2022 | PA3 | Attend telephonic IDI with client representatives. | JM | 0.80 | $340.00 |
| 07/13/2022 | PA3 | Call with Dave Smith re: Landlord issues. | AAC | 0.40 | $230.00 |
| 07/14/2022 | PA23 | Drafting 2nd Interim Cash Collateral Order and 2nd Interim DIP order and circulating the same to interested parties. | JM | 1.00 | $425.00 |
| 07/14/2022 | PA3 | Providing Liquor License and summary to OUST. | JM | 0.10 | $42.50 |
| 07/14/2022 | PA2 | Requesting signed LOI from R. Chopra and preparing to file Sale Motion. | JM | 0.30 | $127.50 |
| 07/14/2022 | PA23 | Corresponding with client re: budgets and insurance. | AAC | 0.50 | $287.50 |
| 07/18/2022 | PA23 | Reviewing and circulating budget v. actuals and proposed 30 day budget. | JM | 0.80 | $340.00 |
| 07/18/2022 | PA23 | Call with D. Shusterman re: insurance and budget. | JM | 0.30 | $127.50 |
| 07/19/2022 | PA3 | Correspondence with client regarding preparation for hearing tomorrow. | AAC | 0.40 | $230.00 |
| 07/19/2022 | PA3 | Call with D. Shusterman re: insurance. | JM | 0.20 | $85.00 |
| 07/19/2022 | PA3 | Corresponding with OUST Adams re: status of hearings for tomorrow. | JM | 0.10 | $42.50 |
| 07/19/2022 | PA23 | Preparing for hearing on 2nd Interim CC and DIP as well as CV; preparing exhibits; and preparing witness. | JM | 3.20 | $1,360.00 |
| 07/19/2022 | PA3 | Reviewing Debtor's initial draft of Schedules and SOFA re: filing Monday. | JM | 1.00 | $425.00 |
| 07/19/2022 | PA23 | Reviewing OUST Objection to Critical Vendor Motion. | JM | 0.30 | $127.50 |

| Date | Code | Description | | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 07/19/2022 | PA23 | Prepare for hearings and review of exhibits. | AAC | 2.00 | $1,150.00 |
| 07/20/2022 | PA23 | Completing final prep of Exhibits. | JM | 0.50 | $212.50 |
| 07/20/2022 | PA24 | Prepare, travel to/from and attend hearings on 2nd Interim Cash Collateral and DIP. | JM | 7.00 | $2,975.00 |
| 07/20/2022 | PA24 | Prepare for, travel to/from and attend cash collateral and DIP hearing. | AAC | 7.00 | $4,025.00 |
| 07/21/2022 | PA23 | Reviewing revised budget for use of cash and revising cash collateral order, circulating the same to group of interested parties and incorporating comments from the same. | JM | 0.80 | $340.00 |
| 07/21/2022 | PA2 | Revising bid procedures order and circulating to counsel for Truist Bank and OUST Adams re: approval and comments; incorporating comments and preparing to file. | JM | 0.50 | $212.50 |
| 07/21/2022 | PA3 | Corresponding with counsel for Landlord re: Insurance. | JM | 0.20 | $85.00 |
| 07/21/2022 | PA3 | Call with client re: insurance and sale process. | AAC | 0.40 | $230.00 |
| 07/21/2022 | PA2 | Revise bid procedures order. | AAC | 0.50 | $287.50 |
| 07/22/2022 | PA23 | Drafting Insurance Premium Finance Motion. | AAC | 1.50 | $862.50 |
| 07/22/2022 | PA2 | Calls with the Debtor and the Lender re: sale. | AAC | 0.80 | $460.00 |
| 07/24/2022 | PA3 | Drafting Status Letter re: Insurance. | JM | 0.40 | $170.00 |
| 07/25/2022 | PA3 | Reviewing Schedule A/B and call with client re: same. | JM | 0.60 | $255.00 |
| 07/25/2022 | PA3 | Reviewing Insurance Issue with client. | JM | 0.20 | $85.00 |
| 07/25/2022 | PA3 | Corresponding with S. Roman re: Praecipe to Resolve DIP and 7/27 Hearings. | JM | 0.20 | $85.00 |
| 07/25/2022 | PA3 | Reviewing correspondence from counsel for landlord re: insurance. | JM | 0.10 | $42.50 |
| 07/26/2022 | PA3 | Reviewing Insurance Update. | JM | 0.20 | $85.00 |
| 07/26/2022 | PA23 | Preparing for hearings on Bid Procedures, use of Cash Collateral, and Insurance scheduled for tomorrow. | JM | 0.50 | $212.50 |
| 07/27/2022 | PA23 | Reviewing Landlord Objection to Insurance Premium Finance Motion. | JM | 0.30 | $127.50 |
| 07/27/2022 | PA23 | Call with client re: insurance. | JM | 0.20 | $85.00 |

| Date | Code | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 07/27/2022 | PA23 | Call with Counsel for Truist re: Insurance. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with Counsel for Landlord re: resolution to objection. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with client re: updated budget; reviewing same. | JM | 0.40 | $170.00 |
| 07/27/2022 | PA23 | Providing updated Commercial Property Insurance quote to counsel for Truist. | JM | 0.10 | $42.50 |
| 07/27/2022 | PA24 | Attend telephonic hearings on bid procedures, cash collateral and insurance. | JM | 0.20 | $85.00 |
| 07/28/2022 | PA3 | Reviewing first draft of Initial Operating Report and providing comments to client. | JM | 0.60 | $255.00 |
| 07/28/2022 | PA3 | Reviewing updates on insurance certificates. | JM | 0.20 | $85.00 |
| 07/28/2022 | PA9 | Call with counsel for DIP Lender re: status of case. | JM | 0.10 | $42.50 |
| 07/31/2022 | PA3 | Reviewing Comm. Property Insurance Policy and circulating to OUST and Counsel for Truist. | JM | 0.40 | $170.00 |
| 07/31/2022 | PA3 | Corresponding with Met Ed counsel re: deposit. | JM | 0.20 | $85.00 |
| 08/02/2022 | PA3 | Corresponding with counsel for Met Ed. re: utility bill. | JM | 0.20 | $85.00 |
| 08/02/2022 | PA3 | Corresponding with client re: MET ED usage and payment. | JM | 0.20 | $85.00 |
| 08/03/2022 | PA3 | Reviewing H. Ward request for quarterly fee payment and providing the same to client. | JM | 0.10 | $42.50 |
| 08/08/2022 | PA2 | Reviewing objections to Sale filed by Sewer Authority, Landlord, and Change Capital; discussing the same with client. | JM | 1.30 | $552.50 |
| 08/08/2022 | PA2 | Call with D. Shusterman re: Ramnik Chopra bid. | JM | 0.20 | $85.00 |
| 08/08/2022 | PA2 | Reviewing APA circulated by Scott Klein. | JM | 1.30 | $552.50 |
| 08/09/2022 | PA2 | Call with D. Shusterman and S. Banks re: Bid. | JM | 0.30 | $127.50 |
| 08/09/2022 | PA3 | Call with M. Tannous re: 341 prep.; reviewing schedules re: same. | JM | 1.20 | $510.00 |
| 08/10/2022 | PA2 | Call with potential bidder re: timing. | JM | 0.30 | $127.50 |
| 08/10/2022 | PA2 | Call with counsel for Change Capital re: confirmation of wire instuctions; corresponding with counsel for Change re: bid/confidentiality. | JM | 0.40 | $170.00 |

| Date | Timekeeper | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 08/10/2022 | PA11 | Preparing for and attending telephonic 341. | JM | 1.00 | $425.00 |
| 08/10/2022 | PA2 | Call with S. Banks re: bid deadline. | JM | 0.20 | $85.00 |
| 08/10/2022 | PA2 | Call with D. Shusterman re: Liquor License. | JM | 0.20 | $85.00 |
| 08/10/2022 | PA2 | Call with M. Tannous re: Sale Hearing/witness prep. | JM | 0.50 | $212.50 |
| 08/10/2022 | PA2 | Reviewing Change Capital Bid | JM | 0.80 | $340.00 |
| 08/11/2022 | PA2 | Drafting Notice of Auction and Coordinating Auction Details; corresponding with attendees and interested parties. | JM | 1.00 | $425.00 |
| 08/12/2022 | PA2 | Prepare for and attend Zoom Auction. | JM | 1.00 | $425.00 |
| 08/12/2022 | PA2 | Drafting notice of auction results. | JM | 0.30 | $127.50 |
| 08/12/2022 | PA2 | Call with counsel for Truist bank re: Sale Hearing. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA2 | Corresponding with Chambers and interested parties re: Sale Hearing. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA23 | Call with D. Shusterman re: cash collateral budget. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA23 | Drafting Third Interim Cash Collateral Order. | JM | 0.30 | $127.50 |
| 08/12/2022 | PA2 | Prepare for and attend auction. | AAC | 1.00 | $575.00 |
| 08/15/2022 | PA23 | Reviewing cash collateral budget with client; circulating the same with proposed order to interested parties. | JM | 0.50 | $212.50 |
| 08/15/2022 | PA23 | Matt Tannous witness preparation session. | JM | 0.50 | $212.50 |
| 08/15/2022 | PA23 | Preparing for Sale and Cash Collateral Hearings. | JM | 1.00 | $425.00 |
| 08/15/2022 | PA2 | Prepare for Sale Hearing | AAC | 1.00 | $575.00 |
| 08/16/2022 | PA2 | Negotiating terms of Sale Order with counsel for Buyer and counsel for Truist Bank. | JM | 0.50 | $212.50 |
| 08/16/2022 | PA24 | Attending Sale Hearing and Cash Collateral Hearing via Zoom. | JM | 1.00 | $425.00 |
| 08/16/2022 | PA2 | Revising Sale Order to incorporate comments from sale hearing, comments from Buyer and comments from Truist bank. | JM | 0.70 | $297.50 |
| 08/16/2022 | PA24 | Attend sale hearing | AAC | 1.00 | $575.00 |
| 08/17/2022 | PA23 | Revising Cash Collateral Budget. | JM | 0.20 | $85.00 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 08/17/2022 | PA3 | Reviewing Budget v. Actuals and sending to Truist Counsel. | JM | 0.20 | $85.00 |
| 08/17/2022 | PA3 | Call with Debtor re: Management Agreement. | JM | 0.20 | $85.00 |
| 08/17/2022 | PA2 | Reviewing final draft of APA. | JM | 0.30 | $127.50 |
| 08/18/2022 | PA2 | Revising final draft of Sale Order and APA for submission to Court; corresponding with counsel re: same. | JM | 1.20 | $510.00 |
| 08/18/2022 | PA2 | Reviewing closing checklist provided by buyer and discussing same with Debtor. | JM | 0.50 | $212.50 |
| 08/18/2022 | PA2 | Call with DW re: Truist. | JM | 0.20 | $85.00 |
| 08/18/2022 | PA23 | Drafting Final DIP Order. | JM | 0.50 | $150.00 |
| 08/19/2022 | PA3 | Circulating Met Ed issues to group. | JM | 0.20 | $85.00 |
| 08/19/2022 | PA2 | Addressing continuing Met Ed issues with client and buyer. | JM | 0.20 | $85.00 |
| 08/25/2022 | PA2 | Reviewing correspondence from Debtor re: receivables status. | JM | 0.10 | $42.50 |
| 08/29/2022 | PA2 | Corresponding with counsel for landlord re: rent. | JM | 0.20 | $85.00 |
| | | | | **117.20** | **$54,887.50** |

# Time & Fees By Attorney

| Date | Activity Code | Description | Attorney | Hrs/Qty | Amount |
|---|---|---|---|---|---|
| 07/30/2022 | PA23 | call with clients, deposition review, prepare for hearing. | AAC | 0.50 | $287.50 |
| 07/05/2022 | PA23 | Preparing for hearings on CC and DIP Motions with JCM; reviewing exhibits and preparing direct examination of Matt | AAC | 4.00 | $2,300.00 |
| 07/05/2022 | PA23 | Review of objections to cash coll and DIP and go over client testimony | AAC | 1.50 | $862.50 |
| 07/06/2022 | PA24 | Attending hearings on CC and DIP Motions. | AAC | 4.50 | $2,587.50 |
| 07/06/2022 | PA24 | Traveling to/from hearings on CC and DIP Motions in Reading. | AAC | 4.00 | $2,300.00 |
| 07/07/2022 | PA24 | Traveling to and from hearings on DIP and CC Motion. | AAC | 0.10 | $57.50 |
| 07/07/2022 | PA23 | Review and revise budget for use of cash/DIP. | AAC | 0.50 | $287.50 |
| 07/12/2022 | PA24 | Prepare for and attend hearing on insurance. | AAC | 1.00 | $575.00 |
| 07/12/2022 | PA2 | Review and revise Sale Motion. | AAC | 1.50 | $862.50 |
| 07/11/2022 | PA3 | Call with D. Weirback re: insurance. | AAC | 0.50 | $287.50 |
| 07/12/2022 | PA3 | Call with Dave Smith re: Landlord issues. | AAC | 0.40 | $230.00 |
| 07/19/2022 | PA23 | Corresponding with client re: budgets and insurance. | AAC | 0.50 | $287.50 |
| 07/19/2022 | PA3 | Correspondence with client regarding prepare for tomorrow hearing. | AAC | 0.40 | $230.00 |
| 07/19/2022 | PA23 | Prepare for hearings and review of exhibits. | AAC | 2.00 | $1,150.00 |
| 07/20/2022 | PA24 | Prepare for, travel to/from and attend cash collateral and DIP hearing. | AAC | 7.00 | $4,025.00 |
| 07/21/2022 | PA3 | Call with client re: insurance and sale process. | AAC | 0.40 | $230.00 |
| 07/21/2022 | PA2 | Revise bid procedures order. | AAC | 0.50 | $287.50 |
| 07/22/2022 | PA23 | Drafting Insurance Premium Finance Motion. | AAC | 1.50 | $862.50 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 07/22/2022 | PA2 | Calls with the Debtor and the Lender re: sale. | AAC | 0.80 | $460.00 |
| 08/12/2022 | PA2 | Prepare for and attend auction. | AAC | 1.00 | $575.00 |
| 08/15/2022 | PA2 | Prepare for Sale Hearing | AAC | 1.00 | $575.00 |
| 08/16/2022 | PA24 | Attend sale hearing | AAC | 1.00 | $575.00 |
| | | | | 34.60 | $19,895.00 |
| 07/01/2022 | PA23 | Review of Exhibits for Motions. | DS | 0.50 | $187.50 |
| 07/06/2022 | PA23 | Draft Proposed Order re: Insurance. | DS | 0.30 | $112.50 |
| 07/06/2022 | PA23 | Draft correspondences to necessary parties and Court re: Insurance Order. | DS | 0.20 | $75.00 |
| | | | | 1.00 | $375.00 |
| 07/2022 | PA23 | Reviewing Expedited Orders for DIP Financing and CV and preparing to serve. | JM | 0.30 | $127.50 |
| 07/2022 | PA3 | Corresponding with D. Shusterman re: Schedule E/F. | JM | 0.10 | $42.50 |
| 07/06/2022 | PA3 | Revising Notice of Officer Compensation and filing same. | JM | 0.20 | $85.00 |
| 06/29/2022 | PA3 | Corresponding with D. Shusterman re: Schedules, IDI documents, and in-person hearing. | JM | 0.30 | $127.50 |
| 06/29/2022 | PA23 | Call with D. Baker re: First Day Hearings. | JM | 0.30 | $127.50 |
| 06/29/2022 | PA9 | Review of DIP Financing Motion. | JM | 0.10 | $42.50 |
| 06/30/2022 | PA5 | Drafting Bar Date Motion, Order, and Notice. | JM | 1.30 | $552.50 |
| 06/30/2022 | PA23 | Call with client group re: First Day Hearings. | JM | 0.50 | $212.50 |
| 06/30/2022 | PA3 | Reviewing UCC-1 Search. | JM | 0.30 | $127.50 |
| 06/30/2022 | PA10 | Reviewing State Court transcript/ P. Brogan. | JM | 1.80 | $765.00 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 06/30/2022 | PA3 | Call with Denis Shusterman re: Trust. | JM | 0.20 | $85.00 |
| 06/30/2022 | PA2 | Reviewing possible sale terms from S. Banks. | JM | 0.10 | $42.50 |
| 06/30/2022 | PA23 | Reviewing OUST Critical Vendor Questions and preparing responses to the same with aid of Debtor's materials. | JM | 0.50 | $212.50 |
| 07/01/2022 | PA23 | Reviewing and responding to OUST's questions re: CV Motion; reviewing updated Critical Vendor list from client | JM | 0.90 | $382.50 |
| 07/01/2022 | PA23 | Preparing for hearing on use of cash collateral; reviewing Trust Exhibit Lists, providing witness list to Trust, and | JM | 1.10 | $467.50 |
| 07/01/2022 | PA2 | Drafting LOI for Sale of Assets. | JM | 1.00 | $425.00 |
| 07/01/2022 | PA2 | Drafting Sale Motion, Bid Procedures Order, and Sale Order re: LOI. | JM | 5.50 | $2,337.50 |
| 07/01/2022 | PA23 | Call with J. Lang re: critical vendor motion. | JM | 0.10 | $42.50 |
| 07/01/2022 | PA7 | Reviewing proposed Accountant engagement letter and providing comments to client. | JM | 0.10 | $42.50 |
| 07/01/2022 | PA2 | Revising Sale Motion, Order, and Bid Procedures Order to incorporate AC3 comments. | JM | 0.80 | $340.00 |
| 07/01/2022 | PA23 | Call with D. Baker re: 7/6 hearings and exhibit list. | JM | 0.10 | $42.50 |
| 07/01/2022 | PA23 | Preparing for 7/6 Hearings with AC3. | JM | 0.50 | $212.50 |
| 07/01/2022 | PA2 | Corresponding with potential buyer re: contingencies. | JM | 0.30 | $127.50 |
| 07/05/2022 | PA7 | Reviewing and responding to correspondence from proposed accountant re: retention process. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA3 | Corresponding with D. Shusterman re: cash on hand. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA7 | Drafting Accountant Retention Application, Order, and Declaration in Support. | JM | 1.50 | $637.50 |
| 07/05/2022 | PA23 | Preparing for hearings tomorrow; reviewing exhibits. | JM | 4.00 | $1,700.00 |
| 07/05/2022 | PA23 | Call with OUST Callahan re: CV Motion. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA23 | Call with client re: preparation for DIP and CC hearings. | JM | 0.80 | $340.00 |
| 07/05/2022 | PA23 | Call with counsel for Change Capital re: Cash Collateral Hearing. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA23 | Reviewing Trust Objection to use of Cash and DIP; providing the same to client. | JM | 0.30 | $127.50 |
| 07/06/2022 | PA7 | Corresponding with D. Lee re: Retention Application. | JM | 0.20 | $85.00 |

| Date | | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/2022 | PA23 | Corresponding with OUST Callahan and client re AR; reviewing and circulating AR. | JM | 0.20 | $85.00 |
| 07/06/2022 | PA24 | Traveling to and from Hearings on CC and DIP Motions. | JM | 4.00 | $1,700.00 |
| 07/06/2022 | PA24 | Attending Hearings on DIP Motion and CC Motion; meeting with clients. | JM | 4.50 | $1,912.50 |
| 07/07/2022 | PA3 | Reviewing and circulating as well as filing Proof of WC and GL Insurance; call with broker re: same. | JM | 0.60 | $255.00 |
| 07/07/2022 | PA9 | Reviewing revised terms from proposed DIP Lender re: terms/waivers or delaying fees. | JM | 0.20 | $85.00 |
| 07/07/2022 | PA24 | Attending telephonic status hearing. | JM | 0.30 | $127.50 |
| 07/07/2022 | PA23 | Revising DIP Interim Order. | JM | 0.40 | $170.00 |
| 07/07/2022 | PA23 | Revising CC Order. | JM | 0.30 | $127.50 |
| 07/07/2022 | PA23 | Reviewing Easton Area Sewer Authority Objection to Cash Collateral and DIP Motions. | JM | 0.20 | $85.00 |
| 07/07/2022 | PA2 | Revising LOI, Sale Motion, Sale Order, and Bid Procedures Order all re: Recap PA Holdings LLC. | JM | 0.80 | $340.00 |
| 07/07/2022 | PA2 | Revising Sale Motion to incorporate AC3 comments. | JM | 0.50 | $212.50 |
| 07/07/2022 | PA3 | Reviewing revised cash collateral budget. | JM | 0.10 | $42.50 |
| 07/08/2022 | PA9 | Corresponding with counsel for DIP Lender re: Revised DIP Order and Budget. | JM | 0.40 | $170.00 |
| 07/08/2022 | PA23 | Corresponding with counsel for Landlord re: Liquor License Insurance. | JM | 0.10 | $42.50 |
| 07/08/2022 | PA23 | Corresponding with OUST Callahan re: CC Budget. | JM | 0.20 | $85.00 |
| 07/08/2022 | PA23 | Corresponding with client re: Taproom and Budget/Insurance. | JM | 0.20 | $85.00 |
| 07/08/2022 | PA3 | Reviewing documents provided by D. Weirback for IDI. | JM | 1.20 | $510.00 |
| 07/08/2022 | PA9 | Providing DIP Order to client and counsel for DIP lender. | JM | 0.10 | $42.50 |
| 07/11/2022 | PA7 | Corresponding with proposed Accountant re: Retention Application; finalizing and preparing Application for filing. | JM | 0.40 | $170.00 |
| 07/11/2022 | PA23 | Reviewing correspondence from client and D. Baker re: status of insurance. | JM | 0.10 | $42.50 |
| 07/11/2022 | PA3 | Providing IDI documents to J. Stives and OUST Adams. | JM | 0.10 | $42.50 |
| 07/12/2022 | PA3 | Call with D. Shusterman re: DIP Account. | JM | 0.10 | $42.50 |

| Date | Code | Description | | Hours | Amount |
|------|------|-------------|---|-------|--------|
| 07/13/2022 | PA3 | Corresponding with Debtor re: Notice of Officer Compensation. | JM | 0.20 | $85.00 |
| 07/13/2022 | PA7 | Filing and serving Application to Retain Accountant. | JM | 0.50 | $212.50 |
| 07/13/2022 | PA3 | IDI Prep Call with D. Shusterman and Matt Tannous. | JM | 0.30 | $127.50 |
| 07/13/2022 | PA3 | Attend telephonic IDI with client representatives. | JM | 0.80 | $340.00 |
| 07/14/2022 | PA23 | Drafting 2nd Interim Cash Collateral Order and 2nd Interim DIP order and circulating the same to interested parties | JM | 1.00 | $425.00 |
| 07/14/2022 | PA3 | Providing Liquor License and summary to OUST. | JM | 0.10 | $42.50 |
| 07/14/2022 | PA2 | Requesting signed LOI from R. Chopra and preparing to file Sale Motion. | JM | 0.30 | $127.50 |
| 07/18/2022 | PA23 | Reviewing and circulating budget v. actuals and proposed 30 day budget. | JM | 0.80 | $340.00 |
| 07/18/2022 | PA23 | Call with D. Shusterman re: insurance and budget. | JM | 0.30 | $127.50 |
| 07/18/2022 | PA3 | Call with D. Shusterman re: insurance. | JM | 0.20 | $85.00 |
| 07/18/2022 | PA3 | Corresponding with OUST Adams re: status of hearings for tomorrow. | JM | 0.10 | $42.50 |
| 07/18/2022 | PA23 | Preparing for hearing on 2nd Interim CC and DIP as well as CV; preparing exhibits, and preparing witness. | JM | 3.20 | $1,360.00 |
| 07/19/2022 | PA3 | Reviewing Debtor's initial draft of Schedules and SOFA re: filing Monday. | JM | 1.00 | $425.00 |
| 07/19/2022 | PA23 | Reviewing OUST Objection to Critical Vendor Motion. | JM | 0.30 | $127.50 |
| 07/20/2022 | PA23 | Completing final prep of Exhibits. | JM | 0.50 | $212.50 |
| 07/20/2022 | PA24 | Prepare, travel to/from and attend hearings on 2nd Interim Cash Collateral and DIP | JM | 7.00 | $2,975.00 |
| 07/21/2022 | PA23 | Reviewing revised budget for use of cash and revising cash collateral order; circulating the same to group of interested | JM | 0.80 | $340.00 |
| 07/21/2022 | PA2 | Revising bid procedures order and circulating to counsel for Truist Bank and OUST Adams re: approval and comments; | JM | 0.50 | $212.50 |
| 07/21/2022 | PA3 | Corresponding with counsel for Landlord re: insurance. | JM | 0.20 | $85.00 |
| 07/24/2022 | PA3 | Drafting Status Letter re: Insurance. | JM | 0.40 | $170.00 |

| Date | | Description | | Amount | |
|---|---|---|---|---|---|
| 07/25/2022 | PA3 | Reviewing Schedule A/B and call with client re: same. | JM | 0.60 | $255.00 |
| 07/25/2022 | PA3 | Reviewing Insurance Issue with client. | JM | 0.20 | $85.00 |
| 07/25/2022 | PA3 | Corresponding with S. Roman re: Praecipe to Resolve DIP and 7/27 Hearings. | JM | 0.20 | $85.00 |
| 07/25/2022 | PA3 | Reviewing correspondence from counsel for landlord re: insurance. | JM | 0.10 | $42.50 |
| 07/26/2022 | PA3 | Reviewing Insurance Update. | JM | 0.20 | $85.00 |
| 07/26/2022 | PA3 | Preparing for hearings on Bid Procedures, use of Cash Collateral, and Insurance scheduled for tomorrow. | JM | 0.50 | $212.50 |
| 07/27/2022 | PA23 | Reviewing Landlord Objection to Insurance Premium Finance Motion. | JM | 0.30 | $127.50 |
| 07/27/2022 | PA23 | Call with client re: Insurance. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with Counsel for Truist re: Insurance. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with Counsel for Landlord re: resolution to objection. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with client re: updated budget; reviewing same. | JM | 0.40 | $170.00 |
| 07/27/2022 | PA23 | Providing updated Commercial Property Insurance quote to counsel for Truist. | JM | 0.10 | $42.50 |
| 07/27/2022 | PA24 | Attend telephonic hearings on bid procedures, cash collateral and insurance. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA3 | Reviewing first draft of Initial Operating Report and providing comments to client. | JM | 0.60 | $255.00 |
| 07/28/2022 | PA3 | Reviewing updates on insurance certificates. | JM | 0.20 | $85.00 |
| 07/28/2022 | PA9 | Call with counsel for DIP Lender re: status of case. | JM | 0.10 | $42.50 |
| 07/28/2022 | PA3 | Reviewing Comm. Property Insurance Policy and circulating to OUST and Counsel for Truist. | JM | 0.40 | $170.00 |
| 08/01/2022 | PA3 | Corresponding with Met Ed counsel re: deposit. | JM | 0.20 | $85.00 |
| 08/02/2022 | PA3 | Corresponding with counsel for Met Ed. re: utility bill. | JM | 0.20 | $85.00 |
| 08/02/2022 | PA3. | Corresponding with client re: MET ED usage and payment. | JM | 0.20 | $85.00 |
| 08/03/2022 | PA3 | Reviewing H. Ward request for quarterly fee payment and providing the same to client. | JM | 0.10 | $42.50 |

| Date | Code | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/2022 | PA2 | Reviewing objections to Sale filed by Sewer Authority, Landlord, and Change Capital; discussing the same with | JM | 1.30 | $552.50 |
| 08/08/2022 | PA2 | Call with D. Shusterman re: Ramnik Chopra bid. | JM | 0.20 | $85.00 |
| 08/08/2022 | PA2 | Reviewing APA circulated by Scott Klein. | JM | 1.30 | $552.50 |
| 08/08/2022 | PA2 | Call with D. Shusterman and S. Banks re: Bid. | JM | 0.30 | $127.50 |
| 08/09/2022 | PA3 | Call with M. Tannous re: 341 prep.; reviewing schedules re: same. | JM | 1.20 | $510.00 |
| 08/10/2022 | PA2 | Call with potential bidder re: timing. | JM | 0.30 | $127.50 |
| 08/10/2022 | PA2 | Reviewing Change Capital Bid | JM | 0.80 | $340.00 |
| 08/10/2022 | PA2 | Call with counsel for Change Capital re: confirmation of wire instructions; corresponding with counsel for Change re: | JM | 0.40 | $170.00 |
| 08/10/2022 | PA11 | Preparing for and attending telephonic 341. | JM | 1.00 | $425.00 |
| 08/10/2022 | PA2 | Call with S. Banks re: bid deadline. | JM | 0.20 | $85.00 |
| 08/11/2022 | PA2 | Call with D. Shusterman re: Liquor License. | JM | 0.20 | $85.00 |
| 08/11/2022 | PA2 | Drafting Notice of Auction and Coordinating Auction Details; corresponding with attendees and interested parties. | JM | 1.00 | $425.00 |
| 08/11/2022 | PA2 | Prepare for and attend Zoom Auction. | JM | 1.00 | $425.00 |
| 08/12/2022 | PA2 | Drafting notice of auction results. | JM | 0.30 | $127.50 |
| 08/12/2022 | PA2 | Call with M. Tannous re: Sale Hearing/witness prep. | JM | 0.50 | $212.50 |
| 08/12/2022 | PA2 | Call with counsel for Truist bank re: Sale Hearing. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA2 | Corresponding with Chambers and interested parties re: Sale Hearing. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA23 | Call with D. Shusterman re: cash collateral budget. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA23 | Drafting Third Interim Cash Collateral Order. | JM | 0.30 | $127.50 |
| 08/15/2022 | PA23 | Reviewing cash collateral budget with client; circulating the same with proposed order to interested parties. | JM | 0.50 | $212.50 |
| 08/15/2022 | PA23 | Matt Tannous witness preparation session. | JM | 0.50 | $212.50 |
| 08/15/2022 | PA23 | Preparing for Sale and Cash Collateral Hearings. | JM | 1.00 | $425.00 |

| Date | Code | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 08/16/2022 | PA2 | Negotiating terms of Sale Order with counsel for Buyer and counsel for Truist Bank. | JM | 0.50 | $212.50 |
| 08/16/2022 | PA24 | Attending Sale Hearing and Cash Collateral Hearing via Zoom. | JM | 1.00 | $425.00 |
| 08/16/2022 | PA2 | Revising Sale Order to incorporate comments from sale hearing, comments from Buyer and comments from Truist. | JM | 0.70 | $297.50 |
| 08/17/2022 | PA23 | Revising Cash Collateral Budget. | JM | 0.20 | $85.00 |
| 08/17/2022 | PA3 | Reviewing Budget v. Actuals and sending to Truist Counsel. | JM | 0.20 | $85.00 |
| 08/17/2022 | PA3 | Call with Debtor re: Management Agreement. | JM | 0.20 | $85.00 |
| 08/17/2022 | PA2 | Reviewing final draft of APA. | JM | 0.30 | $127.50 |
| 08/18/2022 | PA2 | Revising final draft of Sale Order and APA for submission to Court; corresponding with counsel re: same. | JM | 1.20 | $510.00 |
| 08/29/2022 | PA2 | Reviewing closing checklist provided by buyer and discussing same with Debtor. | JM | 0.50 | $212.50 |
| 08/29/2022 | PA2 | Call with DW re: Truist. | JM | 0.20 | $85.00 |
| 08/29/2022 | PA23 | Drafting Final DIP Order. | JM | 0.50 | $150.00 |
| 08/29/2022 | PA3 | Circulating Met Ed issues to group. | JM | 0.20 | $85.00 |
| 08/29/2022 | PA2 | Addressing continuing Met Ed issues with client and buyer. | JM | 0.20 | $85.00 |
| 08/29/2022 | PA2 | Reviewing correspondence from Debtor re: receivables status. | JM | 0.10 | $42.50 |
| 08/29/2022 | PA2 | Corresponding with counsel for landlord re: rent. | JM | 0.20 | $85.00 |
| | | | | 81.60 | $34,617.50 |

# Time & Fees By Task

| Date | Activity Code | Description | Staff | Hrs/Qty | Amount |
|---|---|---|---|---|---|
| 06/30/2022 | PA10 | Reviewing State Court transcript/P. Brogan. | JM | 1.80 | $765.00 |
| | | | | **1.80** | **$765.00** |
| 06/10/2022 | PA11 | Preparing for and attending telephonic 341. | JM | 1.00 | $425.00 |
| | | | | **1.00** | **$425.00** |
| 06/30/2022 | PA2 | Reviewing possible sale terms from S. Banks. | JM | 0.10 | $42.50 |
| 07/8/2022 | PA2 | Drafting LOI for Sale of Assets. | JM | 1.00 | $425.00 |
| 07/8/2022 | PA2 | Drafting Sale Motion, Bid Procedures Order, and Sale Order re: LOI. | JM | 5.50 | $2,337.50 |
| 07/8/2022 | PA2 | Revising Sale Motion, Order, and Bid Procedures Order to incorporate AC3 comments. | JM | 0.80 | $340.00 |
| 07/05/2022 | PA2 | Corresponding with potential buyer re: contingencies. | JM | 0.30 | $127.50 |
| 07/7/2022 | PA2 | Revising LOI, Sale Motion, Sale Order, and Bid Procedures Order all re: Recap PA Holdings LLC. | JM | 0.80 | $340.00 |
| 07/8/2022 | PA2 | Revising Sale Motion to incorporate AC3 comments. | JM | 0.50 | $212.50 |
| 07/07/2022 | PA2 | Review and revise Sale Motion. | AAC | 1.50 | $862.50 |
| 07/14/2022 | PA2 | Requesting signed LOI from R. Chopra and preparing to file Sale Motion. | JM | 0.30 | $127.50 |
| 07/21/2022 | PA2 | Revising bid procedures order and circulating to counsel for Truist Bank and OUST Adams re: approval and comments; Revise bid procedures order. | JM | 0.50 | $212.50 |
| 07/21/2022 | PA2 | | AAC | 0.50 | $287.50 |
| 07/22/2022 | PA2 | Calls with the Debtor and the Lender re: sale. | AAC | 0.80 | $460.00 |
| 08/08/2022 | PA2 | Reviewing objections to Sale filed by Sewer Authority, Landlord, and Change Capital; discussing the same with client. | JM | 1.30 | $552.50 |

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/2022 | PA2 | Call with D. Shusterman re: Rannik Chopra bid. | JM | 0.20 | $85.00 |
| 08/08/2022 | PA2 | Reviewing APA circulated by Scott Klein. | JM | 1.30 | $552.50 |
| 08/09/2022 | PA2 | Call with D. Shusterman and S. Banks re: Bid. | JM | 0.30 | $127.50 |
| 08/10/2022 | PA2 | Call with potential bidder re: timing. | JM | 0.30 | $127.50 |
| 08/10/2022 | PA2 | Call with counsel for Change Capital re: confirmation of wire instructions; corresponding with counsel for Change re: bid/confidentiality. | JM | 0.40 | $170.00 |
| 08/10/2022 | PA2 | Call with S. Banks re: bid deadline. | JM | 0.20 | $85.00 |
| 08/10/2022 | PA2 | Call with D. Shusterman re: Liquor License. | JM | 0.20 | $85.00 |
| 08/10/2022 | PA2 | Reviewing Change Capital Bid | JM | 0.80 | $340.00 |
| 08/10/2022 | PA2 | Drafting Notice of Auction and Coordinating Auction Details; corresponding with attendees and interested parties. | JM | 1.00 | $425.00 |
| 08/10/2022 | PA2 | Prepare for and attend Zoom Auction. | JM | 1.00 | $425.00 |
| 08/12/2022 | PA2 | Drafting notice of auction results. | JM | 0.30 | $127.50 |
| 08/12/2022 | PA2 | Call with M. Tannous re: Sale Hearing/witness prep. | JM | 0.50 | $212.50 |
| 08/12/2022 | PA2 | Call with counsel for Truist bank re: Sale Hearing. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA2 | Corresponding with Chambers and interested parties re: Sale Hearing. | JM | 0.20 | $85.00 |
| 08/12/2022 | PA2 | Prepare for and attend auction. | AAC | 1.00 | $575.00 |
| 08/15/2022 | PA2 | Prepare for Sale Hearing | AAC | 1.00 | $575.00 |
| 08/16/2022 | PA2 | Negotiating terms of Sale Order with counsel for Buyer and counsel for Truist Bank. | JM | 0.50 | $212.50 |
| 08/16/2022 | PA2 | Revising Sale Order to incorporate comments from sale hearing, comments from Buyer and comments from Truist bank. | JM | 0.70 | $297.50 |
| 08/17/2022 | PA2 | Reviewing final draft of APA. | JM | 0.30 | $127.50 |
| 08/18/2022 | PA2 | Revising final draft of Sale Order and APA for submission to Court; corresponding with counsel re: same. | JM | 1.20 | $510.00 |

| Date | Code | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 08/18/2022 | PA2 | Reviewing closing checklist provided by buyer and discussing same with Debtor. | JM | 0.50 | $212.50 |
| 08/18/2022 | PA2 | Call with DW re: Truist. | JM | 0.20 | $85.00 |
| 08/25/2022 | PA2 | Addressing continuing Met Ed issues with client and buyer. | JM | 0.20 | $85.00 |
| 08/29/2022 | PA2 | Reviewing correspondence from Debtor re: receivables status. | JM | 0.10 | $42.50 |
| 08/29/2022 | PA2 | Corresponding with counsel for landlord re: rent. | JM | 0.20 | $85.00 |
| | | | | 26.70 | $12,067.50 |
| 08/29/2022 | PA23 | Reviewing Expedited Orders for DIP Financing and CV and preparing to serve. | JM | 0.30 | $127.50 |
| 08/29/2022 | PA23 | Call with D. Baker re: First Day Hearings. | JM | 0.30 | $127.50 |
| 08/29/2022 | PA23 | Call with client group re: First Day Hearings. | JM | 0.50 | $212.50 |
| 08/29/2022 | PA23 | call with clients, deposition review, prepare for hearing. | AAC | 0.50 | $287.50 |
| 08/29/2022 | PA23 | Reviewing OUST Critical Vendor Questions and preparing responses to the same with aid of Debtor's materials. | JM | 0.50 | $212.50 |
| 08/29/2022 | PA23 | Reviewing and responding to OUST's questions re: CV Motion; reviewing updated Critical Vendor list from client | JM | 0.90 | $382.50 |
| 08/01/2022 | PA23 | Preparing for hearing on use of cash collateral; reviewing Truist Exhibit Lists, providing witness list to Truist, and | JM | 1.10 | $467.50 |
| 08/01/2022 | PA23 | Call with J. Lang re: critical vendor motion. | JM | 0.10 | $42.50 |
| 07/01/2022 | PA23 | Review of Exhibits for Motions. | DS | 0.50 | $187.50 |
| 07/01/2022 | PA23 | Call with D. Baker re: 7/6 hearings and exhibit list. | JM | 0.10 | $42.50 |
| 08/01/2022 | PA23 | Preparing for 7/6 Hearings with AC3. | JM | 0.50 | $212.50 |
| 07/05/2022 | PA23 | Preparing for hearings tomorrow; reviewing exhibits. | JM | 4.00 | $1,700.00 |
| 07/05/2022 | PA23 | Call with OUST Callahan re: CV Motion. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA23 | Call with client re: preparation for DIP and CC hearings. | JM | 0.80 | $340.00 |
| 07/05/2022 | PA23 | Call with counsel for Change Capital re: Cash Collateral Hearing. | JM | 0.10 | $42.50 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 07/05/2022 | PA23 | Reviewing Trust Objection to use of Cash and DIP; providing the same to client. | JM | 0.30 | $127.50 |
| 07/05/2022 | PA23 | Preparing for hearings on CC and DIP Motions with JCM; reviewing exhibits and preparing direct examination of Matt Tannous. | AAC | 4.00 | $2,300.00 |
| 07/05/2022 | PA23 | Review of objections to cash coll and DIP and go over client testimony | AAC | 1.50 | $862.50 |
| 07/06/2022 | PA23 | Corresponding with OUST Callahan and client re AR; reviewing and circulating AR. | JM | 0.20 | $85.00 |
| 07/06/2022 | PA23 | Draft Proposed Order re: Insurance. | DS | 0.30 | $112.50 |
| 07/06/2022 | PA23 | Draft correspondences to necessary parties and Court re: Insurance Order. | DS | 0.20 | $75.00 |
| 07/07/2022 | PA23 | Revising DIP Interim Order. | JM | 0.40 | $170.00 |
| 07/07/2022 | PA23 | Revising CC Order. | JM | 0.30 | $127.50 |
| 07/12/2022 | PA23 | Reviewing Easton Area Sewer Authority Objection to Cash Collateral and DIP Motions. | JM | 0.20 | $85.00 |
| 07/12/2022 | PA23 | Review and revise budget for use of cash/DIP. | AAC | 0.50 | $287.50 |
| 07/13/2022 | PA23 | Corresponding with counsel for Landlord re: Liquor License Insurance. | JM | 0.10 | $42.50 |
| 07/13/2022 | PA23 | Corresponding with OUST Callahan re: CC Budget. | JM | 0.20 | $85.00 |
| 07/13/2022 | PA23 | Corresponding with client re: Taproom and Budget/Insurance. | JM | 0.20 | $85.00 |
| 07/13/2022 | PA23 | Reviewing correspondence from client and D. Baker re: status of insurance. | JM | 0.10 | $42.50 |
| 07/14/2022 | PA23 | Drafting 2nd Interim Cash Collateral Order and 2nd Interim DIP order and circulating the same to interested parties. | JM | 1.00 | $425.00 |
| 07/14/2022 | PA23 | Corresponding with client re: budgets and insurance. | AAC | 0.50 | $287.50 |
| 07/18/2022 | PA23 | Reviewing and circulating budget v. actuals and proposed 30 day budget. | JM | 0.80 | $340.00 |
| 07/18/2022 | PA23 | Call with D. Shusterman re: insurance and budget. | JM | 0.30 | $127.50 |
| 07/19/2022 | PA23 | Preparing for hearing on 2nd Interim CC and DIP as well as CV; preparing exhibits; and preparing witness. | JM | 3.20 | $1,360.00 |
| 07/19/2022 | PA23 | Reviewing OUST Objection to Critical Vendor Motion. | JM | 0.30 | $127.50 |
| 07/19/2022 | PA23 | Prepare for hearings and review of exhibits. | AAC | 2.00 | $1,150.00 |
| 07/20/2022 | PA23 | Completing final prep of Exhibits. | JM | 0.50 | $212.50 |

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 07/21/2022 | PA23 | Reviewing revised budget for use of cash and revising cash collateral order; circulating the same to group of interested | JM | 0.80 | $340.00 |
| 07/22/2022 | PA23 | Drafting Insurance Premium Finance Motion. | AAC | 1.50 | $862.50 |
| 07/26/2022 | PA23 | Preparing for hearings on Bid Procedures, use of Cash Collateral, and insurance scheduled for tomorrow. | JM | 0.50 | $212.50 |
| 07/27/2022 | PA23 | Reviewing Landlord Objection to Insurance Premium Finance Motion. | JM | 0.30 | $127.50 |
| 07/27/2022 | PA23 | Call with client re: Insurance. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with Counsel for Truist re: Insurance. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with Counsel for Landlord re: resolution to objection. | JM | 0.20 | $85.00 |
| 07/27/2022 | PA23 | Call with client re: updated budget; reviewing same. | JM | 0.40 | $170.00 |
| 07/27/2022 | PA23 | Providing updated Commercial Property Insurance quote to counsel for Truist. | JM | 0.10 | $42.50 |
| 07/27/2022 | PA23 | Call with D. Shusterman re: cash collateral budget. | JM | 0.20 | $85.00 |
| 07/26/2022 | PA23 | Drafting Third Interim Cash Collateral Order. | JM | 0.30 | $127.50 |
| 07/24/2022 | PA23 | Reviewing cash collateral budget with client; circulating the same with proposed order to interested parties. | JM | 0.50 | $212.50 |
| 07/08/2022 | PA23 | Matt Tannous witness preparation session. | JM | 0.50 | $212.50 |
| 07/15/2022 | PA23 | Preparing for Sale and Cash Collateral Hearings. | JM | 1.00 | $425.00 |
| 07/17/2022 | PA23 | Revising Cash Collateral Budget. | JM | 0.20 | $85.00 |
| 07/19/2022 | PA23 | Drafting Final DIP Order. | JM | 0.50 | $150.00 |
| | | | | **34.80** | **$16,252.50** |
| 07/06/2022 | PA24 | Traveling to and from Hearings on CC and DIP Motions. | JM | 4.00 | $1,700.00 |
| 07/06/2022 | PA24 | Attending Hearings on DIP Motion and CC Motion; meeting with clients. | JM | 4.50 | $1,912.50 |
| 07/06/2022 | PA24 | Attending hearings on CC and DIP Motions. | AAC | 4.50 | $2,587.50 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/2022 | PA24 | Traveling to/from hearings on CC and DIP Motions in Reading. | AAC | 4.00 | $2,300.00 |
| 07/07/2022 | PA24 | Traveling to and from hearings on DIP and CC Motion. | AAC | 0.10 | $57.50 |
| 07/07/2022 | PA24 | Attending telephonic status hearing. | JM | 0.30 | $127.50 |
| 07/07/2022 | PA24 | Prepare for and attend hearing on insurance. | AAC | 1.00 | $575.00 |
| 07/27/2022 | PA24 | Attend telephonic hearings on bid procedures, cash collateral and insurance. | JM | 0.20 | $85.00 |
| 07/20/2022 | PA24 | Prepare, travel to/from and attend hearings on 2nd Interim Cash Collateral and DIP. | JM | 7.00 | $2,975.00 |
| 07/20/2022 | PA24 | Prepare for, travel to/from and attend cash collateral and DIP hearing. | AAC | 7.00 | $4,025.00 |
| 07/16/2022 | PA24 | Attending Sale Hearing and Cash Collateral Hearing via Zoom. | JM | 1.00 | $425.00 |
| 07/16/2022 | PA24 | Attend sale hearing | AAC | 1.00 | $575.00 |
| | | | | 34.60 | $17,345.00 |
| 07/22/2022 | PA3 | Corresponding with D. Shusterman re: Schedule E/F. | JM | 0.10 | $42.50 |
| 06/30/2022 | PA3 | Revising Notice of Officer Compensation and filing same. | JM | 0.20 | $85.00 |
| 06/30/2022 | PA3 | Corresponding with D. Shusterman re: Schedules, IDI documents, and in-person hearing. | JM | 0.30 | $127.50 |
| 07/30/2022 | PA3 | Reviewing UCC-1 Search. | JM | 0.30 | $127.50 |
| 06/30/2022 | PA3 | Call with Denis Shusterman re: Truist. | JM | 0.20 | $85.00 |
| 05/05/2022 | PA3 | Corresponding with D. Shusterman re: cash on hand. | JM | 0.10 | $42.50 |
| 07/07/2022 | PA3 | Reviewing and circulating as well as filing Proof of WC and GL Insurance; call with broker re: same. | JM | 0.60 | $255.00 |
| 07/07/2022 | PA3 | Reviewing revised cash collateral budget. | JM | 0.10 | $42.50 |
| 07/08/2022 | PA3 | Reviewing documents provided by D. Weirback for IDI. | JM | 1.20 | $510.00 |
| 07/11/2022 | PA3 | Providing IDI documents to J. Stives and OUST Adams. | JM | 0.10 | $42.50 |
| 07/11/2022 | PA3 | Call with D. Weirback re: insurance. | AAC | 0.50 | $287.50 |

| Date | | Desc | | | |
|---|---|---|---|---|---|
| 07/12/2022 | PA3 | Call with D. Shusterman re: DIP Account. | JM | 0.10 | $42.50 |
| 07/13/2022 | PA3 | Corresponding with Debtor re: Notice of Officer Compensation. | JM | 0.20 | $85.00 |
| 07/13/2022 | PA3 | IDI Prep Call with D. Shusterman and Matt Tannous. | JM | 0.30 | $127.50 |
| 07/13/2022 | PA3 | Attend telephonic IDI with client representatives. | JM | 0.80 | $340.00 |
| 07/13/2022 | PA3 | Call with Dave Smith re: Landlord issues. | AAC | 0.40 | $230.00 |
| 07/14/2022 | PA3 | Providing Liquor License and summary to OUST. | JM | 0.10 | $42.50 |
| 07/19/2022 | PA3 | Correspondence with client regarding preparation for hearing tomorrow. | AAC | 0.40 | $230.00 |
| 07/19/2022 | PA3 | Call with D. Shusterman re: Insurance. | JM | 0.20 | $85.00 |
| 07/?/2022 | PA3 | Corresponding with OUST Adams re: status of hearings for tomorrow. | JM | 0.10 | $42.50 |
| 07/?/2022 | PA3 | Reviewing Debtor's initial draft of Schedules and SOFA re: filing Monday. | JM | 1.00 | $425.00 |
| 07/?/2022 | PA3 | Corresponding with counsel for Landlord re: Insurance. | JM | 0.20 | $85.00 |
| 07/?/2022 | PA3 | Call with client re: insurance and sale process. | AAC | 0.40 | $230.00 |
| 07/?/2022 | PA3 | Drafting Status Letter re: Insurance. | JM | 0.40 | $170.00 |
| 07/25/2022 | PA3 | Reviewing Schedule A/B and call with client re: same. | JM | 0.60 | $255.00 |
| 07/25/2022 | PA3 | Reviewing Insurance Issue with client. | JM | 0.20 | $85.00 |
| 07/25/2022 | PA3 | Corresponding with S. Roman re: Praecipe to Resolve DIP and 7/27 Hearings. | JM | 0.20 | $85.00 |
| 07/25/2022 | PA3 | Reviewing correspondence from counsel for landlord re: insurance. | JM | 0.10 | $42.50 |
| 07/26/2022 | PA3 | Reviewing Insurance Update. | JM | 0.20 | $85.00 |
| 07/28/2022 | PA3 | Reviewing first draft of Initial Operating Report and providing comments to client. | JM | 0.60 | $255.00 |
| 07/28/2022 | PA3 | Reviewing updates on insurance certificates. | JM | 0.20 | $85.00 |
| 07/31/2022 | PA3 | Reviewing Comm. Property Insurance Policy and circulating to OUST and Counsel for Truist. | JM | 0.40 | $170.00 |

| Date | Code | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2022 | PA3 | Corresponding with Met Ed counsel re: deposit. | JM | 0.20 | $85.00 |
| 08/01/2022 | PA3 | Corresponding with counsel for Met Ed. re: utility bill. | JM | 0.20 | $85.00 |
| 08/02/2022 | PA3 | Corresponding with client re: MET ED usage and payment. | JM | 0.20 | $85.00 |
| 08/03/2022 | PA3 | Reviewing H. Ward request for quarterly fee payment and providing the same to client. | JM | 0.10 | $42.50 |
| 08/09/2022 | PA3 | Call with M. Tannous re: 341 prep.; reviewing schedules re: same. | JM | 1.20 | $510.00 |
| 08/17/2022 | PA3 | Reviewing Budget v. Actuals and sending to Trust Counsel. | JM | 0.20 | $85.00 |
| 08/17/2022 | PA3 | Call with Debtor re: Management Agreement. | JM | 0.20 | $85.00 |
| 08/19/2022 | PA3 | Circulating Met Ed issues to group. | JM | 0.20 | $85.00 |
| | | | | 13.30 | $5,907.50 |
| ?/2022 | PA5 | Drafting Bar Date Motion, Order, and Notice. | JM | 1.30 | $552.50 |
| | | | | 1.30 | $552.50 |
| ?/2022 | PA7 | Reviewing proposed Accountant engagement letter and providing comments to client. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA7 | Reviewing and responding to correspondence from proposed accountant re: retention process. | JM | 0.10 | $42.50 |
| 07/05/2022 | PA7 | Drafting Accountant Retention Application, Order, and Declaration in Support. | JM | 1.50 | $637.50 |
| 07/06/2022 | PA7 | Corresponding with D. Lee re: Retention Application. | JM | 0.20 | $85.00 |
| 07/11/2022 | PA7 | Corresponding with proposed Accountant re: Retention Application; finalizing and preparing Application for filing. | JM | 0.40 | $170.00 |
| | | | | 2.30 | $977.50 |
| 07/13/2022 | PA7 | Filing and serving Application to Retain Accountant. | JM | 0.50 | $212.50 |

| Date | | Desc | | | |
|---|---|---|---|---|---|
| 06/29/2022 | PA9 | Review of DIP Financing Motion. | JM | 0.10 | $42.50 |
| 07/07/2022 | PA9 | Reviewing revised terms from proposed DIP Lender re: terms/waivers or delaying fees. | JM | 0.20 | $85.00 |
| 07/08/2022 | PA9 | Corresponding with counsel for DIP Lender re: Revised DIP Order and Budget. | JM | 0.40 | $170.00 |
| 07/08/2022 | PA9 | Providing DIP Order to client and counsel for DIP lender. | JM | 0.10 | $42.50 |
| 07/28/2022 | PA9 | Call with counsel for DIP Lender re: status of case. | JM | 0.10 | $42.50 |
| | | | | 1.40 | $595.00 |