# EXHIBIT B

# Expense Recoveries

Client: Weyerbacher Brewing Company, Inc.
Matter: 6644-002
Amounts exclude tax

| Date | Status | Description | Qty | Amount |
|---|---|---|---|---|
| 06/16/2022 | Billable - Billable - Next Invoice | Copying | 140 | $14.00 |
| 06/27/2022 | Billable - Billable - Next Invoice | Copying | 95 | $9.50 |
| 06/27/2022 | Billable - Billable - Next Invoice | Copying | 93 | $9.30 |
| 06/27/2022 | Billable - Billable - Next Invoice | Chapter 11 Filing Fee | 1 | $1,738.00 |
| 06/28/2022 | Billable - Billable - Next Invoice | Copying | 31 | $3.10 |
| 06/28/2022 | Billable - Billable - Next Invoice | Postage | 90 | $47.70 |
| 06/28/2022 | Billable - Billable - Next Invoice | Postage | 3 | $1.59 |
| 06/28/2022 | Billable - Billable - Next Invoice | Postage | 1 | $0.53 |
| 06/29/2022 | Billable - Billable - Next Invoice | Copying | 46 | $4.60 |
| 06/30/2022 | Billable - Billable - Next Invoice | PA BCCO Corp Fee - DOS | 1 | $30.00 |
| 06/30/2022 | Billable - Billable - Next Invoice | Copying | 3 | $0.30 |
| 07/01/2022 | Billable - Billable - Next Invoice | Copying | 392 | $39.20 |
| 07/01/2022 | Billable - Billable - Next Invoice | Copying | 85 | $8.50 |
| 07/05/2022 | Billable - Billable - Next Invoice | Copying | 100 | $10.00 |
| 07/08/2022 | Billable - Billable - Next Invoice | Copying | 14 | $1.40 |
| 07/08/2022 | Billable - Billable - Next Invoice | Copying | 405 | $40.50 |
| 07/08/2022 | Billable - Billable - Next Invoice | Copying | 31 | $3.10 |
| 07/08/2022 | Billable - Billable - Next Invoice | Copying | 250 | $25.00 |
| 07/08/2022 | Billable - Billable - Next Invoice | Copying | 250 | $25.00 |
| 07/08/2022 | Billable - Billable - Next Invoice | Copying | 250 | $25.00 |
| 07/08/2022 | Billable - Billable - Next Invoice | Copying | 260 | $26.00 |
| 07/11/2022 | Billable - Billable - Next Invoice | Copying | 12 | $1.20 |
| 07/11/2022 | Billable - Billable - Next Invoice | Copying | 202 | $20.20 |

# Expense Recoveries

Client: Weyerbacher Brewing Company, Inc.
Matter: 6644-002
Amounts exclude tax

| Date | | Description | Qty | Amount |
|---|---|---|---|---|
| 07/11/2022 | Billable - Billable - Next Invoice | Copying | 404 | $40.40 |
| 07/11/2022 | Billable - Billable - Next Invoice | Postage | 101 | $193.92 |
| 07/13/2022 | Billable - Billable - Next Invoice | Postage | 25 | $20.25 |
| 07/13/2022 | Billable - Billable - Next Invoice | Postage | 80 | $45.60 |
| 07/13/2022 | Billable - Billable - Next Invoice | Copying | 15 | $1.50 |
| 07/13/2022 | Billable - Billable - Next Invoice | Copying | 350 | $35.00 |
| 07/13/2022 | Billable - Billable - Next Invoice | Copying | 160 | $16.00 |
| 07/14/2022 | Billable - Billable - Next Invoice | Copying | 6 | $0.60 |
| 07/18/2022 | Billable - Billable - Next Invoice | Filing Fee - Motion to Sell Property | 1 | $188.00 |
| 07/18/2022 | Billable - Billable - Next Invoice | Copying | 28 | $2.80 |
| 07/19/2022 | Billable - Billable - Next Invoice | Postage | 3 | $5.76 |
| 07/19/2022 | Billable - Billable - Next Invoice | Copying | 141 | $14.10 |
| 07/19/2022 | Billable - Billable - Next Invoice | Copying | 290 | $29.00 |
| 07/19/2022 | Billable - Billable - Next Invoice | Copying | 435 | $43.50 |
| 07/19/2022 | Billable - Billable - Next Invoice | Copying | 435 | $43.50 |
| 07/19/2022 | Billable - Billable - Next Invoice | Copying | 360 | $36.00 |
| 07/19/2022 | Billable - Billable - Next Invoice | Copying | 360 | $36.00 |
| 07/20/2022 | Billable - Billable - Next Invoice | Copying | 580 | $58.00 |
| 07/20/2022 | Billable - Billable - Next Invoice | Copying | 580 | $58.00 |
| 07/20/2022 | Billable - Billable - Next Invoice | Copying | 8 | $0.80 |
| 07/22/2022 | Billable - Billable - Next Invoice | Copying | 97 | $9.70 |
| 07/25/2022 | Billable - Billable - Next Invoice | Filing Fee - Amended Matrix List of Creditors | 1 | $32.00 |
| 07/25/2022 | Billable - Billable - Next Invoice | Copying | 79 | $7.90 |
| 07/28/2022 | Billable - Billable - Next Invoice | Copying | 1848 | $184.80 |
| 07/28/2022 | Billable - Billable - Next Invoice | Copying | 92 | $9.20 |

# Expense Recoveries

Client: Weyerbacher Brewing Company, Inc.
Matter: 6644-002
Amounts exclude tax

| Date | | | Quantity | Amount |
|---|---|---|---|---|
| 07/28/2022 | Billable - Billable - Next Invoice | Postage | 100 | $81.00 |
| 07/28/2022 | Billable - Billable - Next Invoice | Postage | 10 | $8.10 |
| 07/28/2022 | Billable - Billable - Next Invoice | Postage | 44 | $35.64 |
| 08/02/2022 | Billable - Billable - Next Invoice | Postage | 1 | $0.57 |
| 08/03/2022 | Billable - Billable - Next Invoice | Copying | 300 | $30.00 |
| 08/03/2022 | Billable - Billable - Next Invoice | Copying | 600 | $60.00 |
| 08/03/2022 | Billable - Billable - Next Invoice | Postage | 26 | $14.82 |
| 08/03/2022 | Billable - Billable - Next Invoice | Postage | 20 | $11.40 |
| 08/03/2022 | Billable - Billable - Next Invoice | Postage | 38 | $21.66 |
| 08/08/2022 | Billable - Billable - Next Invoice | Copying | 54 | $5.40 |
| 08/08/2022 | Billable - Billable - Next Invoice | Copying | 44 | $4.40 |
| 08/08/2022 | Billable - Billable - Next Invoice | Copying | 39 | $3.90 |
| 08/10/2022 | Billable - Billable - Next Invoice | Copying | 63 | $6.30 |
| 08/11/2022 | Billable - Billable - Next Invoice | Copying | 7 | $0.70 |
| 08/17/2022 | Billable - Billable - Next Invoice | Copying | 7 | $0.70 |
| 08/18/2022 | Billable - Billable - Next Invoice | Copying | 179 | $17.90 |
| 08/18/2022 | Billable - Billable - Next Invoice | Copying | 1106 | $110.60 |
| 08/18/2022 | Billable - Billable - Next Invoice | Copying | 39 | $3.90 |
| 08/19/2022 | Billable - Billable - Next Invoice | Postage | 1 | $1.40 |
| 08/19/2022 | Billable - Billable - Next Invoice | Postage | 157 | $89.49 |
| | | Total: | 12069 | $3,703.93 |